AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* 03/14/2017.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Heidi Pearson - Admin - Assistant, who is
designated by law to accept service of process on behalf of *(name of organization)* DuPage County
on *(date)* 03/14/2017 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 100.00 for travel and $ 0 for services, for a total of $ 100.00.

I declare under penalty of perjury that this information is true.

Date: 03/20/2017

*Server's signature*

John Valle - Process Server
*Printed name and title*

230 S. Clark St. Ste 170, Chicago, IL 60604
*Server's address*

Additional information regarding attempted service, etc:

**17CV1807**

FILED
APR 05 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Affidavit of SPECIAL PROCESS SERVER

## UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Case Number  1:17-CV-1807

**746 NOLAN AVENUE GLENDALE HEIGHTS, ILLINOIS**

v.

**DUPAGE COUNTY**

I, JOHN VALLE

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT.

## CORPORATE SERVICE

| | |
|---|---|
| THAT I SERVED THE WITHIN | SUMMONS, COMPLAINT, EXHIBIT(S) |
| ON THE WITHIN NAMED DEFENDANT | DUPAGE COUNTY |
| PERSON SERVED | HEIDI PEARSON - ADMINISTRTATIVE ASSISTANT - AUTHORIZED TO ACCEPT S.O.P. |
| BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT | 3/14/2017 |

That the sex, race, and approximate age of the person whom I left the document(s) are as follows:

| | | | | | |
|---|---|---|---|---|---|
| Sex | FEMALE | Race | WHITE | Age | 50'S |
| Height | 5' 7" | Build | AVERAGE | Hair | BLONDE |

LOCATION OF SERVICE  421 N COUNTY FARM RD
WHEATON, ILLINOIS  60187

Date Of Service  3/14/2017
Time  10:06 AM

JOHN VALLE  3/20/2017
**SPECIAL PROCESS SERVER**  115-002281

UNDER PENALTIES OF PERJURY AS PROVIDED BY LAW PURSUANT TO SECTION 1-109 OF THE CODE OF CIVIL PROCEDURE, THE UNDERSIGNED CERTIFIES THAT THE STATEMENT ARE TRUE AND CORRECT, EXCEPT AS TO MATTERS THEREIN STATED TO BE ON INFORMATION AND BELIEF AND SUCH MATTERS THE UNDERSIGNED CERTIFIES AS AFORESAID THAT HE/SHE VERILY BELIEVES SAME TO BE TRUE.

JOHN VALLE  3/20/2017

Total:  $100.00


*6885A*

Law Firm ID:  CURT GILGENBACH    Firm #    Case Return Date:  05/04/2017

TO FEDERAL

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | | |
|---|---|---|
| 746 NOLAN AVENUE<br>GLENDALE HEIGHTS, ILLINOIS<br><br>*Plaintiff(s)*<br>v.<br>DUPAGE COUNTY, ILLINOIS<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:17-cv-1807 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

DUPAGE COUNTY
421 COUNTY FARM ROAD
WHEATON, ILLINOIS

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: CURT GILGENBACH
746 NOLAN AVENUE
GLENDALE HEIGHTS, ILLINOIS

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: MAR - 7 2017

_____
*Signature of Clerk or Deputy Clerk*