


IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

**FILED**

APR 05 2017

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

746 Nolan Ave. Glendale Heights, Illinois

_____
        Claiment

v.

    DuPage County, Illinois

_____
        Respondent

1:17-cv-1807

Civil Action No. _____

## REQUEST FOR ENTRY OF DEFAULT

746 Nolan Ave. Glendale Heights, Illinois

Comes now _____ and hereby requests the Clerk to enter a default against the defendant, __DuPage County, Illinois__ on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

Respectfully submitted,

Curt Gilgenbach for Catherine Gilgenbach
and 746 Nolan Ave. Glendale Heights, Illinois

_____
Claiment

** A certificate of service must be attached to this pleading.