IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

**FILED**

APR 05 2017

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

746 Nolan Ave. Glendale
Heights, Illinois

_____
Claiment

v.

DuPage County, Illinois

_____
Respondent

1:17-cv-1807

Civil Action No. _____

### AFFIDAVIT IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

746 Nolan Ave. Glendale Heights, Illinois

I, _____, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1. I am the Claiment in this action.

2. A claim was filed herein on __03/07/2017__ and service of process was had on the defendant on __03/14/2017__.

3. More than twenty one (21) days have elapsed since the defendant in this action served, and the defendant has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

Under Penalty of Perjury
Curt Gilgenbach for Catherine
Gilgenbach and
746 Nolan Ave. Glendale Heights, Illinois

_____
Claiment